**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4285-16T4

WELLS FARGO BANK, N.A.,

    Plaintiff-Respondent,

v.

KIMBERLY ZARYCKI, HER HEIRS,
DEVISEES, AND PERSONAL
REPRESENTATIVES AND HIS/HER,
THEIR, OR ANY OF THEIR
SUCCESSORS IN RIGHT, TITLE AND
INTEREST, MR. ZARYCKI, HUSBAND
OF KIMBERLY ZARYCKI, HIS HEIR,
DEVISEES, AND PERSONAL
REPRESENTATIVES AND HIS/HER,
THEIR OR ANY OF THEIR
SUCCESSORS IN RIGHT, TITLE AND
INTEREST, PETER ZARYCKI,

    Defendants-Appellants,

and

E*TRADE BANK, PNC BANK and
STATE OF NEW JERSEY,

    Defendants.

_____

Submitted May 30, 2018 — Decided June 8, 2018

Before Judges Koblitz and Manahan.

On appeal from Superior Court of New Jersey, Chancery Division, Ocean County, Docket No. F-019001-16.

Peter Zarycki, appellant pro se.

Reed Smith, LLP, attorneys for respondent (Henry F. Reichner, of counsel and on the brief).

PER CURIAM

The court being advised by the appellant in the above matter that the issues in dispute have been resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4285-16T4